UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**UNIT 3B 11 BEACH LLC**

                                Plaintiff,

- against -

**DAVID KIM**

                              Defendants.
-------------------------------------------------------------X

**Docket No. 21-CV-3068**

**PLAINTIFF'S RULE 7.1
DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff **UNIT 3B 11 BEACH LLC**, by and through its undersigned counsel, submits this corporate disclosure statement:

Plaintiff **UNIT 3B 11 BEACH LLC**, a nongovernmental corporate party is a privately held corporation and does not have any parent corporation or publicly held corporation that owns 10% or more of its stock.

Dated: April 8, 2021
        Great Neck, New York

Respectfully submitted,

_____
GARY ROSEN, ESQ. (GR-8007)
ROSEN LAW LLC
Attorneys for Plaintiff
UNIT 3B 11 BEACH LLC
216 Lakeville Road
Great Neck, New York 11020
(516) 437-3400
grosen@rosenlawllc.com

1